UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON THORNTON,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD L. GRISSOM, et al.,<br><br>        Defendants. | CASE NO. 1:16-cv-0498-AWI-MJS (PC)<br><br>**ORDER ADOPTING RENEWED FINDINGS AND RECOMMENDATIONS TO DISMISS NON-COGNIZABLE CLAIMS WITH PREJUDICE**<br><br>**(ECF NO. 31)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On February 28, 2017, the magistrate judge issued findings and recommendations to allow Plaintiff to proceed on an Eighth Amendment excessive force claim against Defendant Grissom and an Eighth Amendment failure to protect claim against Defendant Cruz, and to dismiss all other claims and Defendants with prejudice. (ECF No. 31.) Plaintiff has not filed objections to these findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the revised findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the renewed findings and recommendations, filed on February 28, 2017 (ECF No. 31), in full;
2. Plaintiff shall proceed on an Eighth Amendment excessive force claim against Defendant Grissom and an Eighth Amendment failure to protect claim against Defendant Cruz;
3. All other claims and Defendants are dismissed with prejudice; and
4. This matter is referred back to the magistrate judge for further orders consistent with this decision.

IT IS SO ORDERED.

Dated: May 5, 2017

_____
SENIOR DISTRICT JUDGE