| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| SIMON THORNTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D. GRISSOM, et al.,<br><br>　　　　Defendant. | 1:16-cv-00498-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF Nos. 34, 36)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

On May 5, 2017, the magistrate judge issued findings and recommendations to deny Plaintiff's motion for summary judgment. (ECF No. 36.) Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the revised findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed on May 5, 2017 (ECF No. 36); and
2. Plaintiff's April 19, 2017, motion for summary judgment (ECF No. 34) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: June 30, 2017

　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1