UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON THORNTON,<br><br>    Plaintiff,<br><br>v.<br><br>D. GRISSOM, et al.,<br><br>    Defendants. | **CASE No. 1:16-cv-0498-AWI-MJS (PC)**<br><br>**ORDER**<br><br>**(1) ADOPTING FINDINGS AND RECOMMENDATIONS;**<br><br>**(2) DENYING DEFENDANTS' MOTION TO DISMISS; AND**<br><br>**(3) DIRECTING DEFENDANTS TO FILE AN ANSWER**<br><br>**(ECF NOS. 50, 58)** |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 7, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed by any of the parties

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2017 (ECF No. 58), are adopted in full;

2. Defendants' August 7, 2017, motion to dismiss (ECF No. 50) is DENIED; and

3. Defendants shall file an answer within fourteen days from the date of this Order.

IT IS SO ORDERED.

Dated: January 4, 2018

SENIOR DISTRICT JUDGE