UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON THORNTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. GRISSOM, et al.,<br><br>　　　　Defendants.. | CASE NO. 1:16-cv-00498-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY**<br><br>(ECF Nos. 69, 72) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On February 08, 2018, Plaintiff filed a motion to compel discovery. (ECF No. 69.) Plaintiff has subsequently, after discussion with Defendants, filed a motion requesting withdrawal of that motion, without prejudice to him bringing another such motion in the future. (ECF No. 72.)

Plaintiff's request (ECF No. 72) is GRANTED, and the motion to compel (ECF No. 69) is DEEMED WITHDRAWN.

IT IS SO ORDERED.

Dated:　March 21, 2018　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE