UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON THORNTON,<br><br>  Plaintiff,<br><br>    v.<br><br>D. GRISSOM, *et al.*,<br><br>  Defendants. | Case No. 1:16-cv-00498-LJO-JDP<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL<br><br>(Doc. No. 76) |

Pro se plaintiff Simon Thornton is proceeding in this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a motion to compel responses to interrogatories. (Doc. No. 76.) Defendants have not filed a response.

The court will require a response to plaintiff's motion.

Accordingly,

1. Defendants must file and serve their response to plaintiff's motion to compel (Doc. No. 76) within 14 days of the service of this order.

2. Plaintiff may file a reply in support of his motion within 14 days of the service of defendants' response.

IT IS SO ORDERED.

Dated: June 7, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE